AO 91 (Rev. 5/85) Criminal Complaint                                    AUSA Brandy Galler/ S/A Jon Longo, HSI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

Bin CHEN, Qianyun CHEN, Yimei LIAN,
Yu CHEN, and Qiaozhen LAI

## MATERIAL WITNESS COMPLAINT

CASE NUMBER: 13-8059-JMH

FILED by _____ D.C.

JAN 31 2013

CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 24, 2012 in Palm Beach county, in the Southern District of Florida defendant(s) (Track Statutory Language of Offense)

became material witnessess to a violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(2)(B)(ii) (United States v. Renwood ROLLE and Joey Wendell-Stuart, Case No. 13-80003-CR-DMM). It is impracticable to secure the presence of said witnessess by subpoena.

in violation of Title ~~18~~ 18 United States Code, Section(s) 3144(Material Witness) .

I further state that I am a(n) Special Agent, U.S. Department of Homeland Security, Immigration and Customs Enforcement and that this complaint is based on the following facts:

Please see attached Affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Jon A. Longo, Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,
upon my finding of probable cause.

January 31, 2013                                      at    West Palm Beach, Florida
Date                                                        City and State

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                          Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF MATERIAL WITNESS COMPLAINT

I, Jon Longo, a Special Agent with Homeland Security Investigations ("HSI"), United States Department of Homeland Security, being duly sworn, depose and state the following:

1. I have been employed as a Special Agent with Homeland Security Investigations ("HSI"), United States Department of Homeland Security, West Palm Beach, Florida, since July of 2006. I have received specialized training regarding the investigation and enforcement of the Immigration Laws of the United States. In my capacity as an HSI Special Agent, I am charged with enforcing federal administrative and criminal laws.

2. The facts contained in this affidavit are based on my personal knowledge, observations, and facts related to me by Special Agents of the Homeland Security Investigations, the United States Coast Guard or other Law Enforcement Officers. This affidavit does not contain every fact regarding the investigation. It includes only those facts necessary to establish probable cause to support the requested issuance of the material witness arrest warrants for Chinese nationals Bin CHEN, Qianyun CHEN, Yimei LIAN, Yu CHEN, and Qiaozhen LAI.

3. On December 24, 2012 at approximately 4:09 a.m., the USCG's vessel approached a disabled, yellow, 20-foot, center console, Mako vessel approximately one mile off of the coast of Palm Beach County, Florida. The vessel, which had one outboard motor, did not have any identifying registration numbers affixed to it. The words "Cold Sport" were visible on each side of the

vessel. As U.S. Coast Guard Officers approached the vessel they witnessed seven people onboard.

4. The seven adults, which were comprised of three men and four women, were transferred to the U.S. Coast Guard Cutter Dolphin and brought later that day to the U.S. Border Patrol Station in Riviera Beach, Florida. Federal database queries revealed that two of the men identified as the vessel's operators were Bahamian nationals and the remaining individuals, one male and the four females, were identified as Chinese nationals.

5. The two Bahamian males, Renwood ROLLE and Joey WENDELL-STUART were identified as the vessel's operators. They have been charged in 13-80003-CR-Middlebrooks with violations of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(2)(B)(ii).

6. On December 24, 2012, your affiant interviewed Chinese national Bin CHEN, as well as ROLLE and STUART. Both STUART and ROLLE admitted to playing an active role in attempting to bring all five of the Chinese nationals to the U.S. Bin CHEN confirmed his presence on the vessel and identified STUART as the driver of the vessel and ROLLE as working on the vessel's engine. He also identified Chinese nationals Qianyun CHEN, Yimei LIAN, Yu CHEN, and Qiaozhen LAI as being passengers on the vessel. Bin CHEN provided details about the trip from the Bahamas that are relevant to the prosecution of Renwood ROLLE and Joey WENDELL-STUART for the charges listed above.

7. Bin CHEN, Qianyun CHEN, Yimei LIAN, Yu CHEN, and Qiaozhen LAI are presently being detained at the Broward Transitional Center. They have filed asylum claims, which are currently under review. If credible fear is found, they may be released on parole pending their final hearings before an Immigration Judge. If their asylum claims are denied, they will be subject to removal and repatriation to China, where they would be outside the jurisdiction of the United States and unable to be served with a subpoena pursuant to Federal Rule of Criminal Procedure 17(e)(2) and 28 U.S.C. § 1783(a).

8. Based on the forgoing, there is probable cause to believe that Chinese nationals Bin CHEN, Qianyun CHEN, Yimei LIAN, Yu CHEN, and Qiaozhen LAI are material witnesses in the investigation and prosecution of STUART and ROLLE for the violation(s) of federal law set forth above.

9. For the reasons articulated above, pursuant to the provisions of Title 18, United States Code, Section 3144, the United States requests that Bin CHEN, Qianyun CHEN, Yimei LIAN, Yu CHEN, and Qiaozhen LAI be detained pending

deposition and/or testifying in <u>United States v. Renwood ROLLE and Joey WENDELL-STUART</u>, Case No. 13-80003-CR-Middlebroks.

Further your Affiant Sayeth Naught.

_____
JON A. LONGO
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
31 day of January, 2013.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___13-8059-JMH___

UNITED STATES OF AMERICA

vs.

BIN CHEN,
QIANYUN CHEN,
YIMEI LIAN,
YU CHEN, AND QIAOZHEN LAI

Defendants.
_____/

## MATERIAL WITNESS COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _x_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Brandy Brentari Galler
Assistant United States Attorney
Court ID No. A5501296
500 South Australian Avenue
West Palm Beach, Florida 33401
Tel: (561) 209-1048
Fax: (561) 802-1787